Kondapalli v. Director of U.S. Citizenship and Immigration Services